```
 1                UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
 2                      ORLANDO DIVISION

 3            Docket No. 6:16-cr-166-Orl-GJK

 4   . . . . . . . . . . . . . . . .
     UNITED STATES OF AMERICA    :
 5                               :
                                 :         Orlando, Florida
 6            Plaintiff          :         May 17, 2017
                                 :         9:00 a.m.
 7               v.              :
                                 :
 8   RITA GRAY                   :
                                 :
 9            Defendant          :
     . . . . . . . . . . . . . . . .
10

11           TRANSCRIPT OF SENTENCING
        BEFORE THE HONORABLE G. KENDALL SHARP
12            UNITED STATES DISTRICT JUDGE

13

14   APPEARANCES:

15

16   For the Plaintiff: Andrew Searle

17

18   For the Defendant: Patrick Megaro

19
     Court Reporter:     Sandra K. Tremel, RMR/CRR
20                       sandy.tremel@gmail.com

21

22

23

24   Proceedings recorded by mechanical stenography, transcript

25   produced by computer-aided transcription.
```

```
 1              P R O C E E D I N G S
 2         THE DEPUTY CLERK:  Next case is United States of
 3   America v. Rita Gray, case number 6:16 criminal 166,
 4   Orlando, 18, GJK.  Counsel, state your name for the record.
 5         MR. MEGARO:  Good morning, Your Honor.  Patrick
 6   Megaro on behalf of Miss Gray.
 7         THE COURT:  Good morning.
 8         MR. SEARLE:  For the United States, Andrew Searle.
 9              (Defendant sworn)
10         THE DEFENDANT:  Yes, ma'am.
11         THE COURT:  All right.  Miss Gray, you entered a
12   plea of guilty to conspiracy to import five kilograms or
13   more of cocaine into the United States.
14         Have you gone through your presentence report with
15   your attorney?
16         THE DEFENDANT:  Yes, sir.
17         THE COURT:  Is there anything regarding contents
18   of the report that you would like to place on the record?
19         THE DEFENDANT:  The day of the arrest.
20         MR. MEGARO:  Your Honor, the revised report reads
21   on the first page she was arrested on December 7.  She was
22   actually first taken into custody on December 6th.
23         THE COURT:  All right.  Any objection to amending
24   the record, from the government?
25         MR. SEARLE:  No objection, Your Honor.
```

```
 1              THE COURT:  All right.  It will be stated to
 2      December 6th.
 3              Anything from the government regarding the
 4      contents?
 5              MR. SEARLE:  No, Your Honor.
 6              THE COURT:  Miss Gray, the Court is well familiar
 7      with this case having sentenced all of your
 8      co-conspirators, the ones that were actually on the ship.
 9      You of course being the kingpin of this whole setting up
10      this deal, you have an offense level 29, criminal history
11      category I.  That gives you an exposure of 120 months
12      imprisonment, five years supervised release, plus a $100
13      special assessment.
14              Is there anything you would like to state to the
15      Court before I sentence you?
16              MR. MEGARO:  Your Honor, she would like me to read
17      a statement she's prepared to the Court.  Her statement is
18      as follows, Your Honor:  Dear Judge Sharp, I thank you for
19      the opportunity to address the courts.  I'm truly
20      remorseful for the horrendous crime I took part in.  I'm an
21      honest young lady who's always tried to live my life on the
22      right side of the law.  I was never a troubled kid or one
23      to get involved in this type of mess.  I wanted to help
24      with bills and make sure that my mother and my daughter
25      were okay.  There was a small opportunity that was offered
```

1  to me and I accepted it to help me family.  My income by
2  itself was enough to provide for us, my daughter, my mother
3  and myself, even times of helping my brother.  I'm sorry is
4  insufficient.  Sitting here these past several months has
5  affected me in the reality to it, that I made an extremely
6  bad choice.  I thought it was -- I thought it was a
7  temporary fix, but this has landed me in prison.  Your
8  Honor, I'm not a bad person.  I'm not a criminal.  I don't
9  have a criminal mindset.  I don't know the difference
10 between drugs, chemicals, pills and et cetera.  To find
11 myself in this position is hard, not only on myself but on
12 my mother, my daughter, my fiance, and my stepson.  I've
13 always been there for my daughter since the day I found out
14 I was pregnant and been her provider.  I saw my mother and
15 daughter every day up until December 6, 2016.  Since then I
16 have seen them and my fiance two times, which is
17 devastating to me.  This has affected my child a lot and
18 I'm grateful for my mother and fiance who's helping her
19 out.
20         I am doing what I can to help myself in this
21 situation.  I have been cooperative since day one, from the
22 time I was arrested on my job to the moment I sat and met
23 with the government.  I'm extremely sorry and I'm at the
24 mercy of you and the courts.  This whole ordeal has shredded
25 me and shed light over me and I understand why I live or try

```
 1   to live the right way and normal.  I have lost one of my
 2   little cousins in February 2017.  He looked up to me and
 3   sought my advice.  To hear that I lost him in jail was
 4   heartbreaking and not to be at his memorial service did
 5   something to me.  My great aunt passed away in April 2017.
 6   When I lost my grandmother almost 22 years ago, my aunt had
 7   filled in the void.  Over the years her health has gotten
 8   the best of her.  She was placed in a nursing home in
 9   February 2016 and I would go and visit with her three to
10   four days per week.  I have not seen her since the last week
11   of November 2016, shortly after I was arrested.  I have lost
12   two family members in court in a short period of time.  I
13   ask the Court to take this into consideration in giving me a
14   just sentence.
15            That concludes the statement, Your Honor.
16            THE COURT:  Anything from the government?
17            MR. SEARLE:  Your Honor, we rely on the plea
18    agreement and recommend a low end guideline sentence of 120
19    months here.
20            THE COURT:  All right. Miss Gray, the Court has
21    considered the factors of 3553.  The Court is familiar with
22    this case.  You set up the deal sending these ladies on a
23    cruise ship to Jamaica.  You kept in contact with them
24    through telephone.  You even got upset with them just
25    before the deal because they were out in the beach doing
```

```
 1    drugs the day that they received the controlled substances,
 2    received the cocaine.  You set up the deal.
 3              As I stated, you have an offense level 29,
 4    criminal history category I.  The Court is going to sentence
 5    you to 120 months in the Bureau of Prisons, a five year
 6    supervised release term, and a special assessment of $100.
 7              Is there anything you would like to state to the
 8    Court now that you have been sentenced?
 9              MR. MEGARO:  Your Honor, there is something, if I
10    may.  I know the plea agreement calls for cooperation and
11    government has not filed a 5K motion as of this time.  I'll
12    ask the Court to leave the possibility of a Rule 35 motion
13    open because my client has not yet lived up to the full
14    terms of her plea agreement but we anticipate and we hope
15    that will happen in the future and hopefully in the near
16    future.
17              THE COURT:  Rule 35 is always available.
18              MR. MEGARO:  Thank you, Your Honor.
19              THE COURT:  Anything from the government?
20              MR. SEARLE:  No, Your Honor.  Thank you.
21              MR. MEGARO:  And, Judge, the only last request
22    that I have is if the Court could endorse a recommendation
23    to the other -- the government possibly to recommend to the
24    Bureau of Prisons that she be placed in a facility as close
25    as geographically possible to Washington, D.C. because
```

```
 1    that's where she lives and that's where her family resides.
 2             THE COURT:  All right.  Well, the Court has done
 3    that in the past and the Bureau of Prisons always writes
 4    back that it's entirely up to them to decide where to send
 5    the prisoner, depending on which prison is available.  So
 6    this Court has no jurisdiction to order it and the
 7    recommendations are never taken by the Bureau of Prisons.
 8    So I don't make them any more.
 9             Miss Gray, if you think this is an illegal
10    sentence, you have two weeks in which to appeal it and you
11    may do so either on your own or through your attorney.
12             THE DEFENDANT:  Yes, sir.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              C E R T I F I C A T E
 2       I certify that the foregoing is a correct transcript
 3   from the record of proceedings in the above-entitled matter.
 4
 5    s\Sandra K. Tremel           March 6, 2020
```